FLORENCE STANTON THOMSON, as Executrix, etc., of SAMUEL C. THOMSON, Deceased, Appellant, v. THE NEW YORK TRUST COMPANY, Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements, and the

motion denied. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.